IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SCOTT N. JOHNSON,

     Plaintiff,

vs.

R. CLICK ENTERPRISES,

     Defendant.

Case No. S-05-2155 DFL EFB PS

ORDER

     This action has been assigned to Chief Judge David F. Levi and Magistrate Judge Edmund F. Brennan.

     Pursuant to referral by the district judge, IT IS HEREBY ORDERED that:

     1. A Status (Pretrial Scheduling) Conference is set for May 30, 2007, at 10:00 a.m. in Courtroom No. 25 before the undersigned.

     2. As the proposed dates in the parties' February 1, 2006, status report have since passed, not later than fourteen (14) days prior to the Status Conference, the parties shall file status reports[1] briefly describing the case and addressing the following:

---

[1] The parties are encouraged, when possible, to file a joint status report.

1

      a. Progress in service of process;

      b. Possible joinder of additional parties;

      c. Expected or desired amendment of pleadings;

      d. Jurisdiction and venue;

      e. Anticipated motions and their scheduling;

      f. The report required by Rule 26 outlining the proposed discovery plan and its scheduling, including disclosure of expert witnesses;

      g. Cut-off dates for discovery and law and motion, and dates for pretrial conference and trial;

      h. Special procedures, if any;

      i. Estimated trial time;

      j. Modifications of standard pretrial procedures due to the simplicity or complexity of the proceedings;

      k. Whether the case is related to any other cases, including bankruptcy;

      l. Whether a settlement conference should be scheduled;

      m. Whether counsel will stipulated to the magistrate judge assigned to this matter acting as settlement judge and waiving disqualification by virtue of his so acting, or whether they prefer to have a settlement conference conducted before another judge;

      n. Any other matters that may add to the just and expeditious disposition of this matter.

   3. Failing to obey federal or local rules, or order of this court, may result in dismissal of this action. Even though the court will construe pro se pleadings liberally, pro se litigants must comply with the procedural rules.

   4. Plaintiff and counsel are reminded of their continuing duty to notify chambers immediately of any settlement or other disposition. *See* L.R. 16-160. In addition, the parties are cautioned that pursuant to Local Rule 78-230(c), opposition to granting of a motion must be filed

fourteen (14) days preceding the noticed hearing date.  The Rule further provides that "[n]o party will be entitled to be heard in opposition to a motion at oral arguments if written opposition to the motion has not been timely filed by that party."   Moreover, Local Rule 78-230(j) provides that failure to appear may be deemed withdrawal of opposition to the motion or may result in sanctions.  Finally, Local Rule 11-110 provides that failure to comply with the Local Rules "may be grounds for imposition of any and all sanctions authorized by statute or Rule or within the inherent power of the Court."

     5. The parties may consent to have this case before the assigned magistrate judge for all purposes.  *See* 28 U.S.C. § 636(c).  A consent form is attached.  Any party who consents should complete the form and return it to the Clerk.  Unless all parties have consented, no judge will be notified that a consent form has been filed.

DATED:  April 27, 2007

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE